No. 99–7879. CARTER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–7885. GRANT v. RIVERS. C. A. 6th Cir. Certiorari denied.

No. 99–7894. DAVIS v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–7898. BARNETT v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 99–7900. AGUIRRE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–7901. BRATTAIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7912. JENSEN v. LAWSETH ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7914. LEE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–7927. McKIRE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–7928. WILLIAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 99–7935. COATES v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–7939. MITCHELL v. MANTELLO, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–7940. YAHWEH v. SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 99–7951. KEMNITZ v. A. G. EDWARDS & SONS, INC. C. A. 2d Cir. Certiorari denied.